**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6411**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

WILLIAM FELIX, a/k/a Willio Mode,

        Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  James A. Beaty, Jr., Chief District Judge. (6:93-cr-00140-WLO-PTS-2)

Submitted:  June 24, 2010          Decided:  July 1, 2010

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Felix, Appellant Pro Se.  L. Patrick Auld, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Felix appeals the district court's orders denying his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006), and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Felix, No. 6:93-cr-00140-WLO-PTS-2 (M.D.N.C. Feb. 24, 2010; Apr. 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED